**Marie A. BECTON, Plaintiff-Appellant,**

**v.**

**COMMISSIONER, SOCIAL
SECURITY, Defendant-
Appellee.**

**No. 16-1353**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2016

Decided: July 25, 2016

Marie A. Becton, Appellant Pro Se. David Nathaniel Mervis, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie A. Becton appeals the magistrate judge's order dismissing her complaint against the Commissioner of the Social Security Administration for lack of subject matter jurisdiction and improper venue.* See Fed. R. Civ. P. 12(b)(1), (3). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Becton v. Comm'r, Soc. Sec., No. 1:15–cv–00613–SAG, 2016 WL 674647 (D. Md. Feb. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).